**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| EMELY WINNERT,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE,<br><br>Defendant. | : | Civil Action No. 1:26-cv-1119-RDA-WEF |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENSE FINANCE AND ACCOUNTING SERVICE**

Plaintiff, by counsel and with the signature of counsel for Defendant Defense Finance and Accounting Service, stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

AND THIS CAUSE IS ENDED.

DATED: October 6, 2026

By: *   /s/ Kristi C. Kelly   *
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Respectfully submitted,

TODD W. BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

/s/
CARL L. MOORE
KIRSTIN K. O'CONNOR
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 236-3864/299-3799

Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*

Email: carl.moore@usdoj.gov
kirstin.o'connor@usdoj.gov

*Counsel for Defendant Defense Finance and Accounting Service*