IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| EMELY WINNERT,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-1119 (RDA/WEF) |

**ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice as to Defense Finance and Accounting Service. Dkt. 22. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by counsel, stipulate to the dismissal with prejudice of all claims in this matter, with each party to bear their own fees and costs. *Id.*

Accordingly, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
October 7, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge